ON APPLICATION FOR REHEARING
MICHAEL E. KIRBY, Judge.
_JjWe grant the application for rehearing filed on behalf of defendant, Robert C. Berthelot, for the sole purpose of amending the trial court judgment to also enjoin agents and/or customers of plaintiff, Theresa Seafood, Inc., from parking and/or loading or unloading vehicles on the access road at issue in this appeal. The access road servitude was granted for purposes of ingress and egress only.
In all other respects, the trial court judgment is affirmed and the application for rehearing is denied.
REHEARING GRANTED IN PART; DENIED IN PART JUDGMENT AMENDED, AND AS AMENDED, AFFIRMED.